Raymond J. **FALLICA**, Cheryl A. **Wolf**, Plaintiffs–Appellants,

v.

**UNITED STATES of America,** Defendant–Appellee.

No. 10–2153–cv.

United States Court of Appeals, Second Circuit.

March 15, 2011.

Raymond J. Fallica, Wheatley Heights, NY, pro se.

Cheryl A. Wolf, Quogue, NY, pro se.

Varuni Nelson, James H. Knapp, Assistant United States Attorneys, for Loretta E. Lynch, United States Attorney, Eastern District of New York, Central Islip, NY, for appellee.

PRESENT: B.D. PARKER, GERARD E. LYNCH, RAYMOND J. LOHIER, JR., Circuit Judges.

## SUMMARY ORDER

Appellants Raymond J. Fallica and Cheryl A. Wolf, proceeding *pro se,* appeal the district court's judgment granting the Government's motion to dismiss their complaint. We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

We review *de novo* a district court's dismissal of a complaint under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), accepting as true the factual allegations in the complaint and drawing all reasonable inferences in the plaintiff's favor. *See Macias v. Zenk,* 495 F.3d 37, 40 (2d Cir.2007); *Triestman v. Fed. Bureau of Prisons,* 470 F.3d 471, 474 (2d Cir.2006). Having conducted an independent and *de novo* review of the record in light of these principles, we affirm the district court's judgment for substantially the same reasons stated in the magistrate judge's report and recommendation and in the district court's decision and order. We have considered Appellants' arguments on appeal and have found them to be without merit. Accordingly, the judgment of the district court is hereby AFFIRMED.